```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF ALABAMA
             SOUTHERN DIVISION
```

ERNEST C. PARKER,                    :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :
                                     :    CIVIL ACTION 14-0161-M
CAROLYN W. COLVIN,                   :
Social Security Commissioner,        :
                                     :
    Defendant.                       :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Ernest C. Parker.

DONE this 24th day of November, 2014.

                                s/BERT W. MILLING, JR.
                                UNITED STATES MAGISTRATE JUDGE